Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

Stacey R. Friedman (admitted *pro hac vice*)
(friedmans@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

Jason de Bretteville (SBN 195069)
(debrettevillej@sullcrom.com)
Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

Attorneys for Defendants
J.P. MORGAN SECURITIES INC., and
BEAR STEARNS ASSET BACKED SECURITIES I LLC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>J.P. MORGAN SECURITIES INC. F/K/A BEAR, STEARNS & CO.;<br>BEAR STEARNS ASSET BACKED SECURITIES I LLC; AND,<br>DOES 1-50,<br><br>　　　　Defendants. | Case No. CV 10-04522 JSW<br><br>Removed from:<br>Superior Court of the State of California<br>For the City and County of San Francisco<br>Civil No. CGC-10-503207<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

SULLIVAN
&
CROMWELL LLP

WHEREAS, on September 2, 2010, Plaintiff filed an action in the Superior Court of California, San Francisco against Defendants, captioned *The Charles Schwab Corporation* v. *J.P. Morgan Securities Inc., et al.*, Case No CGC-10-503207 (the "State Action");

WHEREAS, on October 6, 2010, Defendants removed the State Action from the Superior Court of California, San Francisco to the Northern District of California;

WHEREAS, on October 12, 2010, Plaintiff and Defendants stipulated to extend the date by which Defendants must answer, move, or otherwise respond to the Complaint to January 7, 2011;

WHEREAS, on October 28, 2010, Plaintiff filed its Motion to Remand;

WHEREAS, on December 2, 2010, the Court entered the Parties' Stipulation and Proposed Order In Support of Administrative Motion Concerning Hearing and Briefing Schedule for Motion to Remand, which, in part, set the hearing date for Plaintiff's Motion to Remand for March 25, 2011;

WHEREAS, a Case Management Conference is scheduled for April 15, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT, SUBJECT TO THE APPROVAL OF THE COURT:

(1) Defendants shall answer, move, or otherwise respond to the Complaint within twenty-one (21) days from the date that the Court enters its order granting or denying Plaintiff's Motion to Remand;

(2) By entering into this Stipulation, Defendants do not waive their right to seek adjournment or additional time from the Court in which to answer, move, or otherwise respond to the Complaint;

(3) By entering into this Stipulation, the Parties do not waive, and expressly preserve, any and all rights, claims, defenses, including all defenses relating to jurisdiction, venue, and arbitrability.

Respectfully submitted,

Dated: December 17, 2010

 /s/ Anne Hartman 
Robert A. Goodin (SBN 061302)
(rgoodin@goodinmacbride.com)
Francine T. Radford (SBN 168269)
(fradford@goodinmacbride.com)
Anne H. Hartman (SBN 184556)
(ahartman@goodinmacbride.com)
GOODIN, MACBRIDE, SQUERI, DAY &
LAMPREY, LLP
505 Sansome Street, Suite 900
San Francisco, California 94111
Telephone:     (415) 392-7900
Facsimile:      (415) 398-4321

David J. Grais (*pro hac* app. to be submitted)
Kathryn C. Ellsworth (*pro hac* app. to be submitted)
Owen L. Cyrulnik (*pro hac* app. to be submitted)
Leanne M. Wilson (*pro hac* app. to be submitted)

GRAIS & ELLSWORTH LLP
40 E. 52nd Street
New York, New York 10022
Telephone:     (212) 755-0100
Facsimile:      (212) 755-0052

*Attorneys for Plaintiff*
*The Charles Schwab Corporation*

Dated: December 17, 2010

 /s/ Jason de Bretteville 
Jason de Bretteville (SBN 195069)
(debrettevillej@sullcrom.com)
Sverker K. Högberg (SBN 244640)
(hogbergs@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Robert A. Sacks (SBN 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Telephone:     (310) 712-6600
Facsimile:      (310) 712-8800

Stacey R. Friedman (admitted *pro hac vice*)
(friedmans@sullcrom.com)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

*Attorneys for J.P. Morgan Securities Inc.,*
*Bear Stearns Asset Backed Securities I LLC*

\* \* \* \* \*

NOW, THEREFORE, PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 17, 2010       _____
                                                              *Jeffrey S. White*
                                                              The Honorable Jeffrey S. White
                                                              United States District Court Judge

1  I, Jason de Bretteville, am the ECF User whose ID and password are being used to file
2  this Stipulation And [Proposed] Order To Extend Time To Respond To The Complaint. In compliance
3  with General Order 45, X.B., I hereby attest that Anne Hartman has concurred in this filing.
4
5  Dated: December 17, 2010                                 */s/ Jason de Bretteville*
                                                              Jason de Bretteville
6
7
8
...
28

SULLIVAN
&
CROMWELL LLP

3          STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT
                                                                   CASE NO. C 10-04522 JSW