1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE CHARLES SCHWAB CORPORATION,

      Plaintiff,

    v.

J.P. MORGAN SECURITIES INC., f/k/a
BEAR, STEARNS & CO, et al.,

      Defendants.

_____/

No. C 10-04522 JSW

**ORDER VACATING HEARING
ON MOTION TO REMAND**

      This matter is currently set for a hearing on Plaintiff's motion to remand on April 1, 2011, at 9:00 a.m.  The Court has considered the parties' pleadings and finds the matter to be suitable for disposition without oral argument.  *See* N.D. Civ. L.R. 7-1(b).  Accordingly, the Court HEREBY VACATES the hearing.

      **IT IS SO ORDERED.**

Dated: March 31, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE